1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant United States Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Civil No.
                                       )
11              Plaintiff,             )   COMPLAINT FOR
                                       )   FORFEITURE
12       v.                            )
                                       )
13  $5,230.00 IN U.S. CURRENCY,        )
                                       )
14              Defendant.             )
                                       )
15

16       By way of complaint against the defendant, $5,230.00 IN U.S. CURRENCY (hereinafter

17  "defendant currency"), the United States of America alleges:

18       1.       This Court has jurisdiction over this action by virtue of the provisions of Title 28,

19  United States Code, Section 1355, and Title 21, United States Code, Section 881.

20       2.       Venue is proper in this district pursuant to Title 28, United States Code, Section 1395,

21  because the defendant property was found within this district.

22       3.       On October 1, 2007, at approximately 9:00 p.m., officers of the San Diego Police

23  Department (SDPD) observed a white BMW that did not have front license plates and had windows

24  tinted too dark to see in.  The officers followed the vehicle and observed erratic driving; they proceeded

25  to conduct a traffic stop on the vehicle.

26       Carl Chapman ("Chapman") was identified as the driver of the BMW. The SDPD officer noticed

27  that Chapman was very nervous and his breathing was rapid and shallow. The officer learned that

28  //

2007V00625:DMM:mia

1  Chapman had previously been arrested on a possession charge. His passenger was on parole and had
2  an active Fourth Amendment waiver. Chapman later gave the officer permission to search his vehicle.

3       When Chapman was exiting the vehicle, officers observed a knife on his person and removed
4  it. After this happened, Chapman tensed up and twisted his body. One of the officers found $41 in
5  Chapman's left front pants pocket. As the officer reached into the right pocket he immediately felt a
6  baggie filled with large square rocks that he believed to be narcotics. As he pulled the bag out, he could
7  see it appeared to be cocaine base, as he suspected. Chapman was arrested and placed in the rear of the
8  patrol car. While seating Chapman in the police cruiser, the officer stated that was a large amount of
9  cocaine he had just found. Chapman responded, "I know I'm busted. Can you just lock up my vehicle
10 for me? There is about $600 worth of cocaine there, if I had to guess." The cocaine base was later
11 tested and found to have a net weight of 66 grams.

12      Another officer then began searching Chapman's vehicle incident to the arrest. The officer
13 located a black knapsack that contained a large amount of currency assorted into bindles according to
14 denomination. The currency was counted and determined to total $5,230.00 in the following
15 denominations: two one-hundred dollar bills, one fifty-dollar bill, one hundred ninety-seven
16 twenty-dollar bills, thirty-six ten-dollar bills, one hundred thirty-one five-dollar bills, and twenty-five
17 one-dollar bills.

18      4.     On and/or prior to October 1, 2007, the defendant currency was a thing of value furnished
19 or intended to be furnished in exchange for a controlled substance or listed chemical in violation of
20 Title 21 of the United States Code, Section 881.

21      5.     Alternatively, on and/or prior to October 1, 2007 the defendant currency represented the
22 proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in
23 violation of Title 21 of the United States Code, Section 881.

24      6.     Because of the aforementioned acts or uses alleged herein, either singly or in
25 combination, the defendant currency is subject to forfeiture pursuant to Title 21, United States Code,
26 Section 881(a)(6).

27      7.     The defendant currency is presently stored within the jurisdiction of this Court.

28 //

2

1    WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the

2    defendant, and that due notice be given to all interested parties to appear and show cause why said

3    forfeiture should not be declared.

4    DATED: 2-8-08

5                                    KAREN P. HEWITT
                                     United States Attorney
6
                                     David  McNees
7
                                     DAVID M. McNEES
8                                    Special Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION**

I, James Hawksley, hereby state and declare as follows:

1.    I am a Special Agent with the United States Drug Enforcement Agency

2.    I have read the foregoing complaint and know its contents.

3.    The information in the complaint was furnished by official Government sources.  Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on ___02/11/08___.

JAMES HAWKSLEY, Task force Officer
Drug Enforcement Agency

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

FILED

**UNITED STATES OF AMERICA** 2008 FEB 11  AM 10: 43

**DEFENDANTS**

**$5,230.00 IN U.S. CURRENCY**

CLERK US DISTRICT COURT

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

San Diego SOUTHERN DISTRICT

BY: ___

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

**ATTORNEYS (IF KNOWN)**

**'08 CV 0253 W AJB**

| II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only) | | |
|---|---|---|---|
| | | PT DEF | PT DEF |
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State  ☐1 ☐1 | Incorporated or Principal Place of Business in This  ☐4 ☐4 |
| ☐ 2 U.S. Government | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III | Citizen of Another State  ☐2 ☐2 | Incorporated and Principal Place of Business in Another  ☐5 ☐5 |
| | | Citizen or Subject of a Foreign Country  ☐3 ☐3 | Foreign Nation  ☐6 ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## TITLE 21, UNITED STATES CODE, SECTION 881(a)(6)

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product | Medical Malpractice | ☐ 625 Drug Related | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - | of Property 21 USC881 | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational | ☐ 861 HIA (1395ff) | ☐ 850 |
| ☐ 153 Recovery of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. or Defendant) | ☐ 894 Energy Allocation |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory |
| ☐ 290 All Other Real | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See**  JUDGE  Docket Number

DATE FEB 8 2008   David Mc Nees

SIGNATURE OF ATTORNEY OF RECORD
**DAVID M. McNEES, SAUSA**